UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORFORIO MORENO MUNOZ ) | |
| ) | |
| Petitioner, ) | |
| ) | CR-F-02-5422 REC |
| vs. ) | 03-CV-6255 AWI |
| ) | |
| UNITED STATES OF AMERICA ) | STIPULATION AND |
| ) | ORDER REGARDING |
| ) | BRIEFING SCHEDULE |
| Respondent. ) | |
| ) | |

      On June 9, 2006, the parties stipulated that the respondent's reply brief would be due on **September 8, 2006.** The petitioner has collaterally attacked his conviction for 8 USC § 1326 on the basis that he is a United States citizen. The petitioner submitted an application for United States Citizenship (N-600) to the Citizenship and Immigration Services (CIS). The application was denied and served on the petitioner on June 5, 2006. The petitioner filed an appeal of that decision on July 6, 2006. The appeal is still pending. Because the final administrative decision will impact the outcome of these proceedings, the parties have agreed that the government will submit a response

///

///

///

1

1  ///

2  to the petitioner's supplemental brief after a decision regarding the appeal is made. Accordingly, the

3  parties stipulate that the respondent's reply brief will be due on **November 30, 2006.**

4

5

6  IT IS SO ORDERED.

7  **Dated:    September 12, 2006**               /s/ Anthony W. Ishii
   0m8i78                                    UNITED STATES DISTRICT JUDGE